# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lynk Media LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>Deon Taylor,<br><br>                    Defendant. | Case No.: Case No.: 2:24-cv-02706-AC<br><br>**[~~PROPOSED~~] ORDER**<br><br>Magistrate Judge: Hon. Allison Claire<br><br>Complaint Filed: October 1, 2024 |

Before the Court is Plaintiff's Unopposed Motion for an Enlargement of Time to Effectuate Service. Having carefully considered the papers filed in support of the instant Motion, and for good cause shown; the Court **GRANTS** Plaintiff's Request as follows:

(1) Plaintiff shall have an additional sixty (60) days to serve Defendant.

**IT IS SO ORDERED.**

DATED:  December 27, 2024     .

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE