# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lynk Media LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Deon Taylor,<br><br>　　　　　Defendant. | Case No.: Case No.: 2:24-cv-02706-DJC-AC<br><br>**ORDER**<br><br>Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Hon. Allison Claire<br><br>Complaint Filed: October 1, 2024 |

Before the Court is Plaintiff's Unopposed Motion for an Enlargement of Time to Effectuate Service. Having carefully considered the papers filed in support of the instant Motion, and for good cause shown; the Court **GRANTS** Plaintiff's Request as follows:

(1) Plaintiff shall have an additional thirty (30) days to serve Defendant.

**IT IS SO ORDERED.**

Dated:  June 2, 2025          /s/ Daniel J. Calabretta
　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE