UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYNK MEDIA, LLC,

          Plaintiff,

     v.

DEON TAYLOR,

          Defendant.

No.  2:24-cv-02706 DJC AC

ORDER

The motion for default judgment (ECF No. 29) was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On February 10. 2026, the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within 21 days.  ECF No. 35.  No party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 10, 2026, are adopted in full.

2.  Plaintiff's motion for default judgment, (ECF No. 29) is GRANTED.

3.  Plaintiff is awarded $12,500.00 in statutory damages, $840.40 in costs, and $6,049.50 in attorneys' fees, for a total award of $19,389.90.

4.  This case is closed.

IT IS SO ORDERED.

Dated:   **April 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2